IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM HILL, Inmate #B39228,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 06-604-GPM |
| | ) |
| **ILLINOIS DEPARTMENT OF CORRECTIONS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

# ORDER

**MURPHY, Chief District Judge:**

On February 9, 2007, the Court denied Plaintiff's motion to proceed *in forma pauperis* in the action, finding that three or more of Plaintiff's prior prisoner actions had been dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and that he is not under imminent danger of serious physical injury (Doc. 6). Plaintiff was directed to pay the $350 filing fee for this action within 15 days or the action would be dismissed. That deadline has passed, and no payment has yet been received.

Consequently, this action is **DISMISSED without prejudice** for failure to pay the requisite filing fee as ordered. *See generally* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

DATED: 03/12/07

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge